IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

In Re: TORBJORN PEDERSEN and MONIQUE PEDERSEN

Case No: 4:05-bk-13604 M

Chapter 13

JUDGE  JAMES G MIXON

## TRUSTEE'S FINAL REPORT AND ACCOUNT

Joyce Bradley Babin, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on March 21, 2005 and confirmed on June 09, 2005. This case was subsequently Completed on February 21, 2008.

2. The amount paid to the Trustee by or on behalf of the debtors was $30,000.00.

3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---:|---:|---:|---:|
| *ECAST | PAID PER PLAN | 6,000.00 | 1,273.30 | 295.08 | 0.00 |
| *ECAST | UNSECURED CLAIM | 655.60 | 655.60 | 0.00 | 0.00 |
| APRIA HEALTHCARE INC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| ARK NEUROLOGY & EPILEPSY CTR | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank of America | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CHRYSLER FINANCIAL | SURR COLL | 0.00 | 0.00 | 0.00 | 0.00 |
| CONWAY FAMILY PRACTICE CLINIC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS | OUTSIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT | UNSECURED CLAIM | 1,198.82 | 1,198.82 | 0.00 | 0.00 |
| GENERAL EMERGENCY MEDICAL | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| GOODYEAR CREDIT PLAN | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| MAZDA AMERICAN CREDIT | SECURED CLAIM | 15,000.00 | 15,000.00 | 1,269.83 | 0.00 |
| MAZDA AMERICAN CREDIT | UNSECURED CLAIM | 5,020.77 | 5,020.77 | 0.00 | 0.00 |
| MORRILTON MEDICAL CLINIC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| MORRILTON SURGERY CLINIC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| REGIONS BANK | UNSECURED CLAIM | 1,844.59 | 1,844.59 | 0.00 | 0.00 |
| ST ANTHONYS HEALTHCARE CENTER | UNSECURED CLAIM | 184.90 | 184.90 | 0.00 | 0.00 |
| ST ANTHONY'S HEALTHCARE CTR | UNSECURED CLAIM | 135.30 | 135.30 | 0.00 | 0.00 |
| ST ANTHONY'S HEALTHCARE CTR | UNSECURED CLAIM | 360.01 | 360.01 | 0.00 | 0.00 |
| WAL MART | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM POLLARD | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |

4. Summary of disbursements to Creditors:

| | SECURED | PRIORITY | UNSECURED | CONTINUING | TOTAL |
|---|---:|---:|---:|---:|---:|
| Claim Amount | $21,000.00 | $0.00 | $9,399.99 | $0.00 | $30,399.99 |
| Principal Paid | $16,273.30 | $0.00 | $9,399.99 | $0.00 | $25,673.29 |
| Interest Paid | $1,564.91 | $0.00 | $0.00 | $0.00 | $1,564.91 |

TORBJORN PEDERSEN and MONIQUE PEDERSEN<br>CASE NO: 4:05-bk-13604 M

5. Administrative Expenses:

Pursuant to Local Rule 2015-1 automobile insurance premiums were paid in the amount of $0.00.

The debtor's attorney was allowed $1,676.00 of which $250.00 was paid directly by the debtor(s) and $1,426.00 through the plan.

The Trustee was paid $1,295.80 pursuant to 28 USC 586 and $40.00 pursuant to court order, for administrative purposes.

Refunds to the debtor and/or attorney or new trustee total $0.00.

    Joyce Bradley Babin, Standing Trustee for the above named case, certifies to the Court and to the United States Trustee, that she has faithfully and properly fullfilled the duties of the standing trustee, and that the case has been fully administered.

    Wherefore the trustee requests a final decree be entered which discharges the trustee and her surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

Date: 3/12/2008

/s/ Joyce Bradley Babin

Joyce Bradley Babin, Trustee  
CHAPTER 13 STANDING TRUSTEE  
P O BOX 8064  
LITTLE ROCK, AR  72203-8064  
(501)537-2500

CC: Robert P Gminski  
1319 Main St  
Conway, AR  72034

Torbjorn Pedersen and Monique Pedersen  
112 Rock Creek Dr.  
Morrilton, AR  72110